

CO 526 Rev. 5/2018

**FEB 0 5 2019**

Clerk, U.S. District and Bankruptcy Courts

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. ) Criminal Case No.: 08-57-7 (TNM)
)
)
MARIO RAMIREZ-TREVINO )
)
)

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_Mario Ruiz_
Defendant

_[signature]_
Counsel for Defendant

I consent:

_[signature]_
Assistant United States attorney

Approved:

_[signature]_   Date: 2/5/19

Trevor N. McFadden
United States District Judge