# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO.: 08-CR-057-07 (TNM)** |
| v. | |
| **MARIO RAMIREZ TREVINO,** | |
| **Defendant.** | |

## GOVERNMENT'S MOTION TO DISMISS INDICTMENT AND VACATE SENTENCING HEARING

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, in the interest of justice, the United States of America, by and through the undersigned Trial Attorneys, hereby moves to dismiss the Indictment pending against the defendant, Mario Ramirez Trevino. The defendant died on March 13, 2025. For this reason, the United States requests that the Court dismiss the Indictment and vacate the sentencing hearing.

Respectfully submitted this 21st day of March 2025.

        MARLON COBAR, Chief
        Narcotic and Dangerous Drug Section
        Criminal Division, U.S. Department of Justice

By:   */s/ Janet Turnbull*
        Janet Turnbull
        Kirk Handrich
        Jayce Born
        Trial Attorneys
        Narcotic and Dangerous Drug Section
        Criminal Division, U.S. Department of Justice
        145 N Street Northeast
        Washington, D.C. 20530
        Tel: (202) 616-2576
        Email: Janet.Turnbull2@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was sent via CM/ECF, to counsel of record for the Defendant, this 21st day of March 2025.

                      By:    /s/ *Janet Turnbull*
                                Janet Turnbull
                                Trial Attorney
                                Narcotic and Dangerous Drug Section
                                Criminal Division, U.S. Department of Justice